UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Edgar SANCHEZ-Garcia<br>AKA: Martin Ruiz<br><br><br><br>    Defendant. | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

FILED
08 AUG 12 AM 10:19

The undersigned complainant, being duly sworn, states:

On or about, **May 3, 2008**, within the Southern District of California, defendant, **Edgar SANCHEZ-Garcia AKA: Martin Ruiz**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                _____
                SIGNATURE OF COMPLAINANT
                Immigration Enforcement Agent
                Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th** DAY OF **August 2008**.

                _____
                UNITED STATES MAGISTRATE JUDGE

DOA
8/11/08
ECL

## PROBABLE CAUSE STATEMENT

On May 3, 2008, defendant **Edgar SANCHEZ-Garcia, AKA: Martin Ruiz,** was arrested by the National City Police Department on a felony warrant. The defendant was then booked into San Diego county jail where an Immigration Agent determined him to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from local custody.

On August 11, 2008, defendant was referred from local custody to the custody of Immigration and Customs Enforcement (ICE) for further action. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been previously deported or removed from the United States.

A thorough review of official immigration computer database record checks revealed that the defendant, **Edgar SANCHEZ-Garcia**, had been ordered removed from the United States by an Immigration Judge on October 17, 2006, and removed to Mexico via the San Ysidro, California, Port of Entry on that same date. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System IDENT was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed the defendant's identity as **Edgar SANCHEZ-Garcia**, a citizen and national of Mexico.